PHILLIP A. TALBERT
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 1:19-cr-00133 JLT |
| Plaintiff, | **STIPULATION TO CONTINUE MAY 1, 2023 STATUS CONFERENCE TO AUGUST 7, 2023; ORDER** |
| v. | Ctrm: 4 |
| ROBERT FRENCHIE McGRIFF, | Hon.   Jennifer L. Thurston |
| Defendant. | |

On June 20, 2019, the grand jury returned an indictment against defendant Robert Frenchie McGriff ("McGriff"), alleging counts including attempted sex trafficking of children, in violation of 18 U.S.C. §§ 1591(a) and 1594(a) [Count One]; and attempted transportation of a minor with intent to engage in a criminal sexual activity, in violation of 18 U.S.C. §§ 2423(a) and (3) [Count Two]. Dkt. 7. On January 25, 2021, McGriff's prior defense counsel, Gary Huss, moved to withdraw from this case. Dkt. 37. The court granted this motion, and by February 16, 2021, the undersigned appeared as McGriff's new defense counsel. Dkt. 38.

On July 5, 2022, the court (Ctrm. 7) issued a minute order directing the parties to "be prepared to select a mutually agreeable trial date at the next status conference" should the case not be resolved

beforehand. Dkt. 61. On July 12, 2022, the parties filed a stipulation and proposed order setting a trial date of March 13, 2023. Dkt. 62. On July 13, 2022, the court endorsed the parties' stipulation by way of formal order, and set trial to take place on March 13, 2023. Dkt. 63. On January 3, 2023, the court issued a minute order continuing the trial date one day, or to March 14, 2023. Dkt. 64.

On January 31, 2023, the court endorsed by formal order the parties' stipulation to vacate the trial date and have Mr. McGriff undergo a psychiatric and/or psychological examination by the Bureau of Prisons and pursuant to 18 U.S.C. § 4241. Dkt. 66. The court also ordered a status conference to take place on May 1, 2023, so the court and the parties can address the extent the examination has been completed. Since this time, neither the parties nor the court has received an update from the Bureau of Prisons regarding Mr. McGriff's examination. Counsel for the government is aware, however, from multiple other cases involving similar BOP examinations of defendants that the Medical Detention Center in Los Angeles (where Mr. McGriff is being assessed) is working through a backlog of cases that built up during the COVID pandemic, and as a result examinations are taking longer to complete that prior to the pandemic. As a result, the parties stipulate and agree that the May 1, 2023 status conference be continued to August 7, 2023. If the competency exam and report are completed and produced before that time, the parties will contact the court to determine if the continued August 7, 2023 status conference should be expedited.

The parties further stipulate that the period of time from May 1, 2023 through August 7, 2023, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(1)(A) in that this time period results from "any proceeding, including examinations, to determine the mental competency or physical capacity of the defendant" and 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

///

1     IT IS SO STIPULATED.

2   Dated:  April 28, 2023                      PHILLIP A. TALBERT
                                                                United States Attorney

                                                   By:  /s/ Brian W. Enos
                                                         Brian W. Enos
                                                         Assistant United States Attorney

                                                         (*As authorized 4/28/23*)

Dated: April 28, 2023                     By:   /s/ Eric V. Kersten
                                                              Eric V. Kersten
                                                              Attorney for Defendant
                                                              Robert Frenchie McGriff

**O R D E R**

IT IS ORDERED that this action's May 1, 2023 status conference is continued to August 7, 2023, at 10am and in Courtroom 4.

IT IS FURTHER ORDERED THAT the period of time from May 1, 2023, through August 7, 2023, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(1)(A) in that this time period results from "any proceeding, including examinations, to determine the mental competency or physical capacity of the defendant" and 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **April 28, 2023**

UNITED STATES DISTRICT JUDGE