HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIC V. KERSTEN, CA Bar #226429
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ROBERT FRENCHIE McGRIFF

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT FRENCHIE McGRIFF<br><br>Defendants. | Case No. 1:19-cr-00133-JLT-SKO<br><br>**STIPULATION AND ORDER TO VACATE STATUS CONFERENCE AND SET FOR TRIAL;**<br><br>Date:  June 4, 2024<br>Time:  8:30 a.m.<br>Judge: Hon. Jennifer L. Thurston |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Katherine T. Lydon, counsel for plaintiff; and Assistant Federal Defender Eric V. Kersten, counsel for defendant Robert McGriff, that the September 20, 2023, status conference may be vacated and the matter set for trial on June 4, 2024. The anticipated length of trial is six days.

If the Court elects to transfer the case to the Sacramento Division due to the reclassification of Stanislaus County in the recently-amended Local Rule 120, the parties respectfully request that this be done as soon as practicable so the parties may secure a trial date in Sacramento and plan accordingly.

Defense counsel requires the time between now and June 4, 2024, to review and analyze the discovery produced to date, conduct investigation, confer with his client, and otherwise

prepare for trial. The parties agree that the time between September 20, 2023 and June 4, 2024 shall be excluded in the interests of justice, for effective defense investigation and trial preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: September 13, 2023               /s/ Eric V. Kersten
                                       ERIC V. KERSTEN
                                       Assistant Federal Defender
                                       Attorneys for Defendant
                                       Robert Frenchie McGriff


PHILLIP A. TALBERT
United States Attorney

Date: September 13, 2023               /s/ Katherine T. Lydon
                                       KATHERINE T. LYDON
                                       Assistant United States Attorney
                                       Attorney for Plaintiff


## O R D E R

**IT IS SO ORDERED.** The status conference set for September 20, 2023, is vacated and the matter set for trial on June 4, 2024.

Time shall be excluded through June 4, 2024, in the interests of justice, for effective defense investigation and trial preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).


Date: 9/13/2023                        _Sheila K. Oberto_
                                       Hon. Sheila K. Oberto
                                       United States District Judge